453 A.2d 1060

Commonwealth v. Heckman, Appellant.
Reargument Denied Jan. 11, 1983.

Petition for Allowance of Appeal Granted May 12, 1983.

Argued May 20, 1982. Samuel J. Reich, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The judgment of sentence of the learned Allegheny County Common Pleas Court Judge Thomas A. Harper is affirmed.

JOHNSON, J., filed a memorandum dissenting opinion.